AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2022 DEC -1 PM 3: 20
CLERK
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Martine Protas | ) Case No. 2:22-mj-165 | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  November 30, 2022  in the county of  Windsor  in the
_____ District of  Vermont , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3) | Knowingly possessed in and affecting interstate commerce, a firearm, then being an unlawful user of and addicted to a controlled substance as defined in 21 U.S.C. § 802, and knowing that she was an unlawful user of and addicted to such a substance. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Colin Simons, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  12/01/2022

_____
*Judge's signature*

City and state:  Burlington, Vermont   Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*